IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:18-CV-2597-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| M. PENNER, | |
| Defendant. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's "Motion to Compel Alternative to Provide U.S. Marshal the Address, Under Rule 37(a)." <u>See</u> ECF No. 26.

   It appears plaintiff seeks an order directing the California Department of Corrections and Rehabilitation as well as the California Medicare Review Board to provide the U.S. Marshal defendant's address for purposes of service of process. Plaintiff's motion is denied as unnecessary because a review of the docket reflects that defendant is being represented by the

/ / /

/ / /

/ / /

/ /

/ / /

1

law firm of Longyear & Lavra, LLP.  See ECF Nos. 28 and 29.  Any further inquiries as to the status of Defendants are appropriately addressed in discovery.

IT IS SO ORDDERED.

Dated:  April 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE