IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH,<br><br>             Plaintiff,<br><br>    v.<br><br>M. PENNER,<br><br>             Defendant. | No.  2:18-CV-2597-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for default judgment (ECF No. 38).

Because entry of default must precede a motion for default judgment, see Fed. R. Civ. P. 55(a), plaintiff's motion is construed as a request for entry of default.  So construed, plaintiff's request is denied because defendant is not in default.  A review of the docket reflects that the Court has extended the time for defendant to respond to the complaint until 30 days after the earlier of: (1) denial of defendant's motion to revoke plaintiff's in forma pauperis status; or

/ / /

/ / /

/ / /

/ / /

1

(2) payment of the filing fees for this case in full.  See ECF No. 32. Defendant's motion to revoke plaintiff's in forma pauperis status is addressed by separate findings and recommendations issued herewith.

        IT IS SO ORDERED.

Dated:  June 25, 2020

                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE