IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH,<br><br>Plaintiff,<br><br>v.<br><br>M. PENNER,<br><br>Defendant. | No. 2:18-CV-2597-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 26, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 26, 2020, are adopted in full;
2. Defendant's motion to revoke IFP status (ECF No. 29) is granted;
3. Plaintiff shall pay the full filing fee within 30 days of the date of this order, otherwise this action shall be dismissed; and
4. Upon complete payment of the filing fee, defendant shall, within 30 days, submit a response to the complaint.

DATED: July 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE