IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALONZO JAMES JOSEPH, | No. 2:18-CV-2597-JAM-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| M. PENNER, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the District Judge's July 29, 2020, order, Plaintiff is directed to pay the full filing fee for this action within 30 days of the date of this order. Plaintiff is cautioned that failure to comply may result in dismissal of the action. See Local Rule 110. Defendant shall file a response to the complaint within 30 days of the date of payment of the full filing fee.

IT IS SO ORDERED.

Dated: July 26, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1