IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PENNER,<br><br>    Defendant. | No. 2:18-CV-2597-JAM-DMC-P<br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on November 5, 2021. See ECF No. 57. Pending before the Court is Plaintiff's motion, filed on December 13, 2023, to lift his obligation to pay filing fees for this and two other actions.[1] See ECF No. 58.

       Plaintiff was granted in forma pauperis status for this case under the Prison Litigation Reform Act (PLRA) and required to make installment payments until the filing fees were paid in full. See ECF No. 6. Plaintiff now seeks to have his remaining fee obligation for this closed case lifted. See ECF No. 58. The PLRA makes no provision for return of fees partially paid or for cancellation of the remaining indebtedness upon resolution of the case. See Goins v. Dacaro, 241 F.3d 260 (2nd Cir. 2001) (citing Leonard v. Lacy, 88 F.3d 181, 185 (2nd Cir. 1996)). The PLRA was intended to "mak[e] all prisoners seeking to bring lawsuits or

---

[1] Plaintiff's motion has been denied in the other two actions.

1

1 appeals feel the deterrent effect created by liability for filing fees." <u>Leonard</u>, 88 F.3d at 185.

2         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 58, is
3 DENIED.

5 Dated: March 7, 2024

                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE